**Order entered June 4, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00242-CV

### IN THE INTEREST OF M.C.M. AND M.A.M., CHILDREN

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-53554-2020**

### ORDER

The reporter's record is past due. By letter dated May 27, 2021, Antoinette Varela, Official Court Reporter for the 366th Judicial District Court, notified the Court that "there has not been a clear or formal designation of record, so, therefore, no financial arrangements have been able to be made." Appellant filed a letter on June 1, 2021 with an exhibit attached of a March 17, 2021 email to Ms. Varela with a list of the hearings she was requesting.

Appellant filed a Statement of Inability to Afford Payment of Court Costs in the trial court on March 9, 2021. Because nothing in the record reflects appellant has been ordered to pay costs, appellant is allowed to proceed without payment of

costs.  *See* Tex. R. Civ. P. 145(a).  Accordingly, we **ORDER** Ms. Varela to file the reporter's record of the requested hearings on or before **July 5, 2021**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Varela and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE